LUFFMAN, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ella Luffman, as administratrix, etc., of William Luffman, deceased, against the Hudson River Telephone Company. No opinion. Order unanimously affirmed, with costs.

LUNESCHLOSS, Respondent, v. J. WEINBERG & CO., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Jerome S. Luneschloss against J. Weinberg & Co. J. A. Arnold, for appellants. J. B. Engel, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 140.

LYNCH, Appellant, v. ROBERT P. MURPHY CO., et al., Respondents. Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Bernard Lynch against the Robert P. Murphy Company and others. J. Kearney, for appellant. W. F. Goldbeck, for respondents. No opinion. Judgment affirmed, with costs, on 130 App. Div. 691, 115 N. Y. Supp. 465. Order filed.

In re McCALL CO. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of the McCall Company. No opinion. Motion for reargument denied, with $10 costs. Order filed. See, also, 120 N. Y. Supp. 1133.

MacGRADY, Respondent, v. ZIMBRICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Frank P. MacGrady, as administrator, etc., against Albert M. Zimbrich. No opinion. Judgment and order affirmed, with costs.

McKEON, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by John McKeon against Bradford L. Gilbert. No opinion. Judgment of the Municipal Court affirmed, with costs.

McKINLEY, Respondent, v. HESSEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by James A. McKinley against Susan Hessen. No opinion. Motion denied, without costs. See, also, 120 N. Y. Supp. 257.

McQUADE, Respondent, v. RUSSELL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frank McQuade against Frederick Russell, impleaded with Josephine Russell. No opinion. Judgment and order unanimously affirmed, with costs.

MAHANEY, Appellant, v. BUFFALO STRUCTURAL STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Cain Mahaney against the Buffalo Structural Steel Company. No opinion. Appeal dismissed, with costs, under general rule No. 39.

MALONEY v. LONG ISLAND RY. CO. et al. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Annie Maloney against the Long Island Railway Company and the Coney Island & Brooklyn Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MARTINEZ, Respondent, v. FILM IMPORT & TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Albert Martinez against the Film Import & Trading Company.
PER CURIAM. Motion to dismiss appeal from the order made and entered on August 31, 1909, granted, with $10 costs. Motion to dismiss appeal from judgment denied. If the proposed case on appeal appears somewhat confused, it is because the proceedings on the trial seem to be of similar character. We think the trial justice should proceed to settle the case on appeal.

MENZER, Respondent, v. NIAGARA GORGE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Mae E. Menzer, as administratrix, etc., against the Niagara Gorge Railroad Company. No opinion. Judgment and order affirmed, with costs.

MERRITT et al., Respondents, v. FULLER'S EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Daniel T. Merritt and others against Fuller's Express Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

MESEROLE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frederick R. Meserole against Charles B. Brown. No opinion. Judgment of the Municipal Court affirmed, with costs.

METROPOLITAN LIFE INS. CO. v. FEINBERG. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by the Metropolitan Life Insurance Company against Leo Feinberg. No opinion. Motion for stay denied, with $10 costs. Order filed.

MEYER et al., Appellants, v. LAWRENCE, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Isaac S. Meyer and Benjamin J. Meyer, copartners, etc., against Kate Lawrence.